IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.** ) | **2:25cr204-MHT** |
| ) | **(WO)** |
| **KAHNEIL JAHE OLIVER** ) | |

**ORDER**

Upon consideration of the government's motion to strike the Glock 9mm pistol, Model 19, bearing serial number BWRX931 from the forfeiture allegation of the indictment (Doc. 1), it is ORDERED that the motion (Doc. 16) is granted.

DONE, this the 16th day of April, 2025.

                                                    /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**