**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:25cr204-MHT** |
| | ) | **(WO)** |
| **KAHNEIL JAHE OLIVER** | ) | |

**ORDER**

Upon consideration of the government's motion to strike the forfeiture allegation from the superseding indictment, it is ORDERED that the motion (Doc. 113) is granted, and the forfeiture allegations as to defendant Kahneil Jahe Oliver are stricken from the superseding indictment (Doc. 25).

DONE, this the 10th day of November, 2025.

                                                  /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**