IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA       )
                               )       CRIMINAL ACTION NO.
   v.                          )          2:25cr204-MHT
                               )              (WO)
KAHNEIL JAHE OLIVER            )

ORDER ON RESTITUTION

It is ORDERED that:

(1) The government's amended unopposed motion for restitution (Doc. 206) is granted.

(2) Defendant Kahneil Jahe Oliver is required to pay restitution to Well Fargo Bank, N.A. in the amount of $ 14,718.48.

An amended criminal judgment will be entered.

DONE, this the 9th day of March, 2026.

                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE